with Another.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the authority of *Belnord Realty Company* v. *Levison* (204 App. Div. 415). Finch and Martin JJ., dissent and vote to modify by granting partial summary judgment in the sum of $225, and as so modified to affirm. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

ORION N. STEELMAN and MARSHALL E. BIRKINS, Copartners, etc., Appellants, v. DAVID F. RYAN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES LIVIO, Appellant.— Judgment affirmed. No opinion. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

JACOB W. LOEB, Appellant, v. WILLIAM FOX, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

THE GUARANTY COMPANY OF MARYLAND, Respondent, v. PHILIP MECHLOWITZ and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HYMAN BARNETT, Appellant.— Judgment affirmed. No opinion. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

LION BREWERY OF NEW YORK CITY, Respondent, v. SAMUEL TOMBERG, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

AMDEN SYNDICATE, INC., Appellant, v. JAMES TALCOTT, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

MARTHA WILLE, Respondent, v. IRA MAIER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

COHN & SCHALL, INC., Respondent, v. RUDOLPH LEWITUS, Appellant.— Interlocutory judgment affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

COHN & SCHALL, INC., Respondent, v. RUDOLPH LEWITUS, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

CORNELIA HILL, Appellant, v. THE CITY OF NEW YORK, Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

FREDERICK K. SMART, Respondent, v. OSCAR ALEXANDER, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

LEONIE SIEGEL, Respondent, v. NAT SIEGEL, Appellant.— Judgment so far as appealed from modified by reducing the amount directed to be paid for the support and maintenance of plaintiff and of the issue of the marriage to the sum of $200 a